**Jason R. FLEMINGS, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**WD 79480**

Missouri Court of Appeals, Western District.

ORDER FILED: March 21, 2017

Daniel Hunt, Jefferson City, MO, Counsel for Appellant

Rachel Jones, Jefferson City, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Anthony Rex Gabbert, and Edward R. Ardini, Jr., JJ.

## ORDER

Per Curiam:

Jason R. Flemings appeals the circuit court's judgment upholding the Director of Revenue's revocation of his driving license for refusing to submit to a breath test following his arrest for driving while intoxicated. We affirm. Rule 84.16(b).